**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1901**

JOSEPH WOJCICKI,

        Plaintiff - Appellant,

    v.

AIKEN TECHNICAL COLLEGE; SUSAN A. WINSOR, ex Graham ATC
president; WILLIAM TILT, Associate Vice President of
Technical Education; THOMAS DESROCHER, Program Coordinator;
LEE POWELL, Human Resources Director,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Henry F. Floyd, District Judge.
(1:06-cv-00461-HFF-PJG)

Submitted:  March 2, 2011        Decided:  March 21, 2011

Before TRAXLER, Chief Judge, and AGEE and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joseph Wojcicki, Appellant Pro Se.  Charles J. Boykin, Shunna T.
Vance, BOYKIN & DAVIS, LLC, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Wojcicki seeks to appeal the district court's orders adopting the magistrate judge's recommendation to deny his motions for default judgment or, in the alternative, for summary judgment, and denying reconsideration of that order.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Wojcicki seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2